IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN DEVON HAYNES, 1175542, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:05-CV-1780-M |
| v. | § | |
| | § | |
| DOUGLAS DRETKE, Director, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On September 12, 2005, United States Magistrate Judge Paul D. Stickney made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 9th day of November, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE